provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

## MISCELLANEOUS DISMISSALS

**2006–1370.   State ex rel. Yavitch & Palmer Co., L.P.A. v. McClellan.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint application for dismissal,
   IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

   The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1414.   State ex rel. Ellis Super Valu, Inc. v. Indus. Comm.**
Franklin App. No. 05AP–531, 2006-Ohio-3014.

**2006–1419.   State ex rel. Collins v. Almar Realty Corp.**
Franklin App. No. 05AP–862, 2006-Ohio-3554.

**2006–1421.   State ex rel. Autozone, Inc. v. Indus. Comm.**
Franklin App. No. 05AP–634, 2006-Ohio-2959.

**2006–1471.   Cincinnati School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–B–1275.

**2006–1475.   Zoumberakis v. Coshocton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–A–632.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 22, 2006*

[Cite as *08/22/2006 Case Announcements,* 2006-Ohio-4332.]

## MOTION AND PROCEDURAL RULINGS

**2006–0742.   State ex rel. Triplett v. Ross.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's request for oral argument,
   IT IS ORDERED by the court that the request is denied.